IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY BLEDSOE | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | C.A. No. 4:12-cv-03656 |
| | § | |
| | § | |
| OCEANEERING | § | |
| | § | |
| DEFENDANT. | § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Gary Bledsoe and Defendant Oceaneering International, Inc., (incorrectly named as "Oceaneering" in the case style and "Oceaneering International" in the text of Plaintiff's pleadings) file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Defendant hereby stipulate that this action shall be dismissed as to all claims asserted by Plaintiff in the above-referenced lawsuit with prejudice. Each party shall bear his or its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Nikeyla Johnson*

OF COUNSEL:
Melvin Houston
Texas Bar No. 00793987
Federal Bar No. 20658
Melvin Houston & Assoc., P.C.
1776 Yorktown, Suite 600
Houston, Texas  77056
Telephone: 713.212.0600
Facsimile:  713.212.0290

Nikeyla Johnson
Texas Bar No. 24065505
Federal Bar No. 981963
njohnson@contactjohnsonlawfirm.com
Johnson Law Firm
1776 Yorktown, Suite 600
Houston, Texas  77056
Telephone: 713.622.7600
Facsimile:  888.819.5612

ATTORNEYS FOR PLAINTIFF,
GARY BLEDSOE

/s/ Laurence E. Stuart
Laurence E. Stuart
State Bar No. 00794705
Federal Bar No. 19744
Email: lstuart@stuartpc.com
STUART PC
909 Fannin, Suite 3250
Houston, Texas 77010
Telephone: 713.337.3750
Telecopier: 713.481.6320

ATTORNEY FOR DEFENDANT,
OCEANEERING INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, the foregoing document was served on Plaintiff's counsel of record via the Court's ECF system.

Ms. Nikeyla Johnson
Johnson Law Firm
1776 Yorktown, Suite 600
Houston, Texas  77056
Email: njohnson@contactjohnsonlawfirm.com
Facsimile: 888.819.5612

Mr. Melvin Houston
Melvin Houston & Assoc., P.C.
1776 Yorktown, Suite 600
Houston, Texas  77056
Email: melhouston2001@yahoo.com
Facsimile:  713.212.0290

/s/ Laurence E. Stuart
Laurence E. Stuart