UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Gary Bledsoe, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-12-3656 |
| Oceaneering, | § § | |
| Defendants. | § § § | |

ORDER

Pursuant to the Joint Stipulation for Dismissal With Prejudice filed on December 4, 2013, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this ___5___ day of December, 2013.

DAVID HITTNER
United States District Judge